# Court of Appeals
# of the State of Georgia

ATLANTA,  June 21, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1689.  AKASH DIXIT v. TANYA DIXIT.**

In this divorce case, Akash Dixit has filed both this direct appeal and an application for discretionary review, A18D0481, from the trial court's order on a third motion for contempt.  Because the underlying case is a domestic relations action within the meaning of OCGA § 5-6-35 (a) (2), the trial court's order must be appealed by application for discretionary review.  See *Norman v. Ault*, 287 Ga. 324, 330-331 (6) (695 SE2d 633) (2010) (party was required to file an application for discretionary appeal to obtain review of an order finding him in contempt of a divorce decree). Accordingly, this direct appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  06/21/2018*
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*